# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Milton Jose Reyes**
  Plaintiff(s)
 vs.        **CASE NUMBER: 5:19-cv-315 (DEP)**

**Andrew Saul**
  Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Defendant's motion for judgment on the pleadings is GRANTED.  Commissioner's determination that the plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is AFFIRMED.

 All of the above pursuant to the order of the Honorable David E. Peebles, dated the 16th day of June, 2020.

*[signature]*
Clerk of Court

DATED: June 16, 2020

        s/Kathy Rogers
        Deputy Clerk